UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA          CRIMINAL NO. 3:25-CR-00122

v.                                CHIEF JUDGE DOUGHTY

ROY TULLOS (01)                   MAGISTRATE JUDGE McCLUSKY

**FINAL ORDER OF FORFEITURE**

This Court entered a Preliminary Order of Forfeiture on May 1, 2026 [Doc. No. 47], ordering the defendant, **Rou Tullos,** to forfeit the following assets:

a)      Taurus pistol; Model: The Judge; Caliber: .45LC/410 GA (Multi);

b)      HK pistol; Model: P30SK; Caliber: 9X19; and

c)      Ammunition.

The United States published notification of the Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning May 5, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

No third-party claims were filed.

Page 1 of 2

**IT IS HEREBY ORDERED**, **ADJUDGED**, **AND DECREED** that:

The Preliminary Order of Forfeiture entered in the above-captioned action on May 1, 2026 [Doc. No. 47], is final, this Court having found that the defendant, **Roy Tullos**, convicted in the case had an interest in the forfeitable property pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, and any and all right, title and interest of the defendant in the assets listed above is hereby condemned, forfeited and terminated.

The United States has clear title to the assets listed in the Preliminary Order of Forfeiture dated May 1, 2026. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshals Service, c/o Sivis Medina at sivis.medina2@usdoj.gov.

MONROE, LOUISIANA, this 8th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

Page 2 of 2